UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

SIXTO ORTIZ

Supervisee.

No 12-cr-791 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

A presentment on the specifications of Sixto Ortiz's violation of supervised release is scheduled to occur at 4:30 p.m. today via the CourtCall videoconference system.  Members of the public may monitor the proceeding through CourtCall's public access audio line by using the following credentials:

| | |
|---|---|
| Dial-in: | 855-268-7844 |
| Access code: | 67812309# |
| PIN: | 9921299# |

SO ORDERED.

Dated:   September 30, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation