UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

SIXTO ORTIZ

Supervisee.

No 12-cr-791 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Supervisee Sixto Ortiz was presented this afternoon on seven specifications of violation of supervised release via the CourtCall videoconference system.  After the presentment, the Court scheduled a follow-up conference in this matter to discuss options for Supervisee.  As indicated in the record, the Court remands Supervisee Ortiz into custody at the BOP until the status conference on Monday, October 5, 2020.

SO ORDERED.

Dated:      September 30, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation