UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Sixto Ortiz

                                      Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

12 -**CR**- 791 (RJS)

Defendant __Sixto Ortiz_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


__/s/ Sixto Ortiz by JLG_____    __/s/ Julia Gatto_____
Defendant's Signature                                 Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Sixto Ortiz_____    __Julia Gatto_____
Print Defendant's Name                                 Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__9/30/20_____    _____
Date                                             U.S.C.J. (Sitting by Designation)