UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>SIXTO ORTIZ<br><br>　　　　　　　　　Supervisee. | No 12-cr-791 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

　　On September 30, 2020, the Court presented Supervisee Sixto Ortiz on seven specified violations of supervised release and ordered that he be detained pending adjudication of those alleged violations.  On the consent of the parties, IT IS HEREBY ORDERED THAT Supervisee Ortiz shall be released from the Metropolitan Correctional Center on the condition that he enter and successfully complete detoxification and rehabilitation with Cornerstone of Medical Arts Center Hospital, located at 159-05 Union Turnpike, Fresh Meadows, NY 11366.  Supervisee shall remain at Cornerstone for a period of 33 days or until he has successfully completed the detoxification and rehabilitation program and been discharged by program administrators.  Supervisee is advised that failure to complete the program will result in the immediate issuance of a warrant for his arrest.

SO ORDERED.

Dated:　　October 2, 2020
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation