UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

SIXTO ORTIZ,

Supervisee.

No 12-cr-791 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

In light of Supervisee's release from custody to undergo substance abuse detoxification and rehabilitation (Doc. No. 62), IT IS HEREBY ORDERERD THAT the status conference scheduled for October 5, 2020 is adjourned to November 13, 2020 at 11:00 a.m. The Court will issue an order setting forth the location and logistics of that conference in due course.

SO ORDERED.

Dated:   October 2, 2020
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation