UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

SIXTO ORTIZ

Supervisee.

No 12-cr-791 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

As indicated in the Court's previous order (Doc. No. 63.), a status conference to discuss Supervisee Ortiz's progress with his substance abuse rehabilitation is scheduled for November 13, 2020 at 11:00 a.m.  In light of the COVID-19 pandemic, the status conference will take place via Skype for Business videoconference.  IT IS FURTHER ORDERD THAT no later than 5:00 p.m. on Wednesday, November 11, 2020, the parties shall jointly email to the Court a list of persons who anticipate speaking during the videoconference, including counsel, Mr. Ortiz, and Mr. Ortiz's supervising probation officer.  The email should provide the telephone numbers or email accounts from which each of those persons expect to join the call.  Chambers will email the parties directly in due course with further instructions for accessing the videoconference.  Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:   October 22, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation