UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

SIXTO ORTIZ

Supervisee.

No 12-cr-791 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On November 13, 2020, the Court held a status conference to monitor the progress of Supervisee Sixto Ortiz, who was then receiving in-patient substance abuse treatment at Odyssey House. At the conference, the Court scheduled a follow-up conference for January 12, 2021 at 11:00 a.m. Unfortunately, Ortiz left the in-patient treatment program without permission on or about December 11, 2020 and has had no contact with the Probation Office in the weeks since. Although the Court has issued a warrant for Ortiz's arrest, Ortiz remains a fugitive. Accordingly, IT IS HEREBY ORDERED that the status conference set for January 12 is adjourned sine die.

SO ORDERED.

Dated:   January 11, 2021
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation