UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

SIXTO ORTIZ,

Supervisee.

No 12-cr-791 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On December 28, 2020, the Court issued a warrant for the arrest of Supervisee Sixto Ortiz in light of his alleged violations of the terms of his supervised release. (Doc. No. 65). Following Supervisee's arrest on January 14, 2021, Supervisee appeared before Magistrate Judge Wang, at which time he was presented on the alleged violations and detained. (Doc. No. 66). As indicated on the record during that proceeding, a status conference on the specifications of Supervisee Ortiz's violation of supervised release is scheduled for January 28, 2021 at 10:00 a.m. Unfortunately, it now appears that the Metropolitan Correctional Center, where Supervisee is currently being held, is unable to accommodate a conference on that date. Accordingly, IT IS HEREBY ORDERED that the status conference in this matter shall instead take place on Wednesday, January 27, 2021 at 9:00 a.m. Because Supervisee has indicated that he intends to proceed remotely, the conference will take place via the CourtCall videoconferencing system. The Court will email the parties directly with instructions for accessing the CourtCall conference. Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

| | |
|---|---|
| Dial-in: | 855-268-7844 |
| Access code: | 32091812# |
| PIN: | 9921299# |

In addition, defense counsel shall discuss the attached Waiver of Right to be Present at Criminal Proceeding with Mr. Ortiz prior to the conference. If Mr. Ortiz consents, and is able to sign the form (either personally or, in accordance with Standing Order M10-468, 20-mc-174 (CM) (S.D.N.Y. Mar. 27, 2020), by defense counsel), defense counsel shall provide the Court with the executed form at least 24 hours prior to the proceeding. In the event Mr. Ortiz consents, but counsel is unable to obtain or affix Mr. Ortiz's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add Mr. Ortiz's signature to the form.

SO ORDERED.

Dated:      January 20, 2021
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA

                          -v-

SIXTO ORTIZ,
                                    Supervisee.
----------------------------------------------------------------X
```

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

12-cr-791 (RJS)

\_\_\_     Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:    _____
             Signature of Defendant


         _____
         Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date:    _____
             Signature of Defense Counsel


         _____
         Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.


Date:    _____
             Signature of Defense Counsel



**Accepted:**    _____
                 Signature of Judge
                 Date: