UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

SIXTO ORTIZ,

                Supervisee.

No 12-cr-791 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      As indicated in the record, the Court reserved, and the parties calendared, February 23, 2021 for the status conference in this matter. Unfortunately, the Metropolitan Correctional Center, where Supervisee is currently being held, is unable to accommodate a conference on that date. Accordingly, IT IS HEREBY ORDERED that the status conference scheduled for February 23, 2021 shall instead take place on Wednesday, February 24, 2021 at 9:00 a.m. The Court will email the parties directly with instructions for accessing the CourtCall conference. Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

      Dial-in:        855-268-7844
      Access code:  67812309#
      PIN:           9921299#

      In addition, defense counsel shall discuss the attached Waiver of Right to be Present at Criminal Proceeding with Mr. Ortiz prior to the sentencing. If Mr. Ortiz consents, and is able to sign the form (either personally or, in accordance with Standing Order M10-468, 20-mc-174 (CM) (S.D.N.Y. Mar. 27, 2020), by defense counsel), defense counsel shall provide the Court with the executed form at least 24 hours prior to the proceeding. In the event Mr. Ortiz consents, but counsel is unable to obtain or affix Mr. Ortiz's signature on the form, the Court will conduct an

inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add Mr. Ortiz's signature to the form.

SO ORDERED.

Dated:  February 17, 2021
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

              -v-

SIXTO ORTIZ,
                          Supervisee.
-------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

12-cr-791 (RJS)

___   Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date: _____    _____
                        Signature of Defendant

                     _____
                     Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date: _____    _____
                        Signature of Defense Counsel

                     _____
                     Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.

Date: _____    _____
                      Signature of Defense Counsel

**Accepted:**   _____
                    Signature of Judge
                    Hon. Richard J. Sullivan, United States Circuit Judge
                    Date: