# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 22, 2021

*VIA ECF*
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Sixto Ortiz*, 12 CR 791 (RJS)

Dear Judge Sullivan:

With the consent of the government and the Probation Department, I write to seek an adjournment of the next conference, scheduled for February 24, 2021. The parties anticipate that at the next conference, Mr. Ortiz will admit to some of the pending violation specifications and the parties will be prepared to proceed to sentencing. However, I need additional time to confer with Mr. Ortiz before we are ready to proceed. In light of the time it currently takes to schedule legal calls with inmates, we ask that the conference be adjourned to a date and time convenient to the Court during the week of March 8, 2021.

Thank you for your consideration of this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc: all parties (via ECF)

```
Defense counsel's motion is granted.  IT IS HEREBY ORDERED THAT
the conference scheduled for February 24, 2021 shall instead take
place on Monday, March 8, 2021 at 9:00 a.m.  In addition, due to
the  flexibility  required  to  accommodate  the  planning  of
proceedings involving detained individuals, the Court will reserve
(and the parties shall calendar) Wednesday, March 10, 2021 at 9:00
a.m. as an alternate date for the conference.  The Court will
email the parties directly with instructions for accessing the
CourtCall conference.  A separate order will follow containing
instructions for members of the public to monitor the proceedings.
SO ORDERED.
```

Dated: February 23, 2021
New York, New York

Hon. Richard J. Sullivan
UNITED STATES CIRCUIT JUDGE
Sitting by Designation