UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

SIXTO ORTIZ

Supervisee.

No 12-cr-791 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the next conference in this matter shall take place on March 10, 2021 at 9:00 a.m. via CourtCall videoconference.  Chambers will email the parties directly in due course with instructions for accessing the CourtCall conference.  Members of the public may monitor the proceeding through CourtCall's public access audio line by using the following credentials:

        Dial-in:        855-268-7844
        Access code:   32091812#
        PIN:            9921299#

In addition, defense counsel shall discuss the attached Waiver of Right to be Present at a Criminal Proceeding form with Mr. Ortiz prior to the conference.  If Mr. Ortiz consents, and is able to sign the form (either personally or, in accordance with Standing Order M10-468, 20-mc-174 (CM) (S.D.N.Y. Mar. 27, 2020), by defense counsel), defense counsel shall provide the Court with the executed form at least 24 hours prior to the proceeding.  In the event Mr. Ortiz consents, but counsel is unable to obtain or affix Mr. Ortiz's signature on the form, the Court will conduct

an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add Mr. Ortiz's signature to the form.

SO ORDERED.

Dated:     March 3, 2021
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation